■ ESTATE OF SEYMOUR MILSTEIN, Deceased, et al., Respondents, v PAUL MILSTEIN et al., Appellants. [753 NYS2d 835] —Order, Supreme Court, New York County (Herman Cahn, J.), entered June 11, 2002, which granted defendants' motion to renew their opposition to plaintiffs' previously granted motion for appointment of a neutral referee to conduct a sealed bid auction of the parties' Builtland Properties, but upon renewal

adhered to the court's prior determination, unanimously affirmed, with costs. Appeal from order, same court and Justice, entered February 13, 2002, which, inter alia, granted plaintiffs' motion for appointment of a neutral referee to conduct a sealed bid auction of the parties' Builtland Properties, unanimously dismissed, without costs, as superseded by the appeal from the order entered June 11, 2002.

Our determination in *Estate of Milstein v Milstein* (298 AD2d 200), a matter involving the same parties and issues as the matter at bar, is dispositive of the instant appeal. Concur—Mazzarelli, J.P., Andrias, Saxe, Buckley and Friedman, JJ.